IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:24-cv-001065

| | |
|---|---|
| SBV SOUTHERN PINES, LLC, a Michigan Limited Liability Company,<br><br>Plaintiff,<br><br>Vs.<br><br>MSP RETAIL, II, LLC, a Delaware Limited Liability Company; MIDLAND SOUTHERN PINES VENTURE PARTNERS, LLC, a Delaware Limited Liability Company, MAP PINE RIDGE, LLC, an Ohio Limited Liability Company; and FSC II, LLC, a North Carolina Limited Liability Company,<br><br>Defendants. | DEFENDANT FSC II, LLC's MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF SBV SOUTHERN PINES LLC'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS |

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6.1(a), Defendant FSC II, LLC ("FSC") moves to extend the May 28, 2025 deadline for Defendant FSC to respond to Plaintiff SBV Southern Pines, LLC's ("SBV") First Set of Interrogatories and Requests for Production of Documents by twenty-nine (29) days, to Friday, June 27, 2025. In support of this Motion, FSC shows as follows:

1. Plaintiff SBV served its First Set of Interrogatories and Requests for Production of Documents to Defendant FSC on April 28, 2025.

2. Defendant FSC's current deadline to respond to Plaintiff SBV's First Set of Interrogatories and Requests for Production of Documents is May 28, 2025.

3. This Motion has been brought before the deadline to respond to the First Set of Interrogatories and Requests for Production of Documents and is therefore timely.

4. Defendant FSC seeks to respond to the First Set of Interrogatories and Requests for Production of Documents following the June 3, 2025 mediation, if still necessary.

5. Counsel for Defendant FSC has consulted with counsel for Plaintiff SBV, who consent to the requested extension.

6. Defendant does not bring this motion in bad faith.

7. Pursuant to Local Rule 7.3(j), a proposed order is attached as Exhibit 1.

WHEREFORE, Defendant FSC requests that this Court extend its deadline to respond to Plaintiff SBV's First Set of Interrogatories and Requests for Production of Documents, up to and including June 27, 2025.

Respectfully submitted, this the 27th day of May, 2025.

                     K&L GATES LLP

                     */s/A. Lee Hogewood, III*
                     A. Lee Hogewood III
                     North Carolina Bar No. 17451
                     Telephone: (919) 743-7306
                     lee.hogewood@klgates.com
                     Stanford D. Baird
                     North Carolina Bar No. 22572
                     Telephone: (919) 743-7334
                     stanford.baird@klgates.com
                     Caitlin M. Sarpal
                     North Carolina Bar No. 62646
                     Telephone: (919) 831-7047
                     caitlin.sarpal@klgates.com
                     K&L Gates LLP
                     301 Hillsborough Street – Suite 1200
                     Raleigh, NC 27603
                     Facsimile: (919) 743-7358

                     *Counsel for Defendant FSC II, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27th 2025, I electronically filed the foregoing Motion for Extension of Time with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are registered with the CM/ECF system.

Matthew A. L. Anderson
Ellis & Winters LLP
P.O. Box 2752
Greensboro, NC 27402
Matthew.Anderson@elliswinters.com
*Counsel for Plaintiff*

Thomas M. Van Camp
Van Camp, Meacham & Newman, PLLC
P.O. Box 1389
Pinehurst, NC 28370
thomasv@vancamplaw.com
*Counsel for Defendants MSP Retail II, LLC, Midland Southern Pines Venture Partners, LLC, and MAP Pine Ridge, LLC*

Respectfully submitted, this the 27th day of May, 2025.

K&L GATES LLP

/s/A. Lee Hogewood, III
A. Lee Hogewood III
North Carolina Bar No. 17451
Telephone: (919) 743-7306
lee.hogewood@klgates.com
K&L Gates LLP
301 Hillsborough Street – Suite 1200
Raleigh, NC 27603
Facsimile: (919) 743-7358

*Counsel for Defendant FSC II, LLC*