IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:24-cv-001065

| | |
|---|---|
| SBV SOUTHERN PINES, LLC, a Michigan Limited Liability Company,<br><br>Plaintiff,<br><br>Vs.<br><br>MSP RETAIL, II, LLC, a Delaware Limited Liability Company; MIDLAND SOUTHERN PINES VENTURE PARTNERS, LLC, a Delaware Limited Liability Company, MAP PINE RIDGE, LLC, an Ohio Limited Liability Company; and FSC II, LLC, a North Carolina Limited Liability Company,<br><br>Defendants. | ORDER GRANTING DEFENDANT FSC II, LLC's MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS |

This matter comes before the Court on FSC II, LLC's ("FSC") Motion for Extension of Time to Respond to Plaintiff SBV Southern Pines, LLC's ("SBV") First Set of Interrogatories and Requests for Production of Documents (the "Motion"). Having considered the Motion, which confirms that Plaintiff SBV consents to the requested extension, the Court finds that Defendant FSC has shown good cause for an extension and that Defendant FSC's request is not made for the purpose of delay. The Court therefore GRANTS Defendant FSC's Motion and ORDERS that Defendant FSC's deadline to respond to Plaintiff SBV's First Set of Interrogatories and Requests for Production of Documents is now Friday, June 27, 2025.

ORDERED this \_\_\_\_ day of _____, 2025.

_____