IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:24-cv-1065

| | | |
|---|---|---|
| SBV SOUTHERN PINES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MSP RETAIL, II, LLC; MIDLAND SOUTHERN PINES VENTURE PARTNERS, LLC; MAP PINE RIDGE, LLC; and FSC II, LLC,<br><br>Defendants. | ) | **ORDER** |

This matter comes before the Court on FSC II, LLC's ("FSC") Motion for Extension of Time to Respond to Plaintiff SBV Southern Pines, LLC's ("SBV") First Set of Interrogatories and Requests for Production of Documents (the "Motion"). Having considered the Motion, which confirms that Plaintiff SBV consents to the requested extension, the Court will allow the requested extension by consent.

IT IS THEREFORE ORDERED that Defendant FSC's Motion [Doc. #38] is GRANTED, and Defendant FSC's deadline to respond to Plaintiff SBV's First Set of Interrogatories and Requests for Production of Documents is extended to Friday, June 27, 2025.

This, the 6th day of June, 2025.

Joi Elizabeth Peake
Joi Elizabeth Peake
United States Magistrate Judge